FILED
ASHEVILLE, NC
APR 02 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JENNIFER FOX<br>(2) MICHAEL ISAAC ROBINSON | DOCKET NO. 1:24CR-27-MOC-WCM<br><br>**ORDER TO SEAL** |

UPON MOTION of the United States of America for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED** this 2nd day of April, 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE